

VIA EMAIL

April 24, 2024

ATTN: Molly Woon, Director of Elections
The Hon. LaVonne Griffin-Valade
Oregon Secretary of State
Public Service Building Suite 126
255 Capitol St. NE
Salem, OR 97310
Email: elections.sos@sos.oregon.gov

**RE: NVRA Request**

Dear Disclosure Officer:

I am writing on behalf of the Public Interest Legal Foundation to request inspection (or production) of records concerning Electronic Registration Information Center ("ERIC") "Deceased Retractions" reports.

The Public Interest Legal Foundation ("Foundation") is a nonpartisan, nonprofit, public-interest law firm that studies voter list maintenance procedures throughout the Nation.

The National Voter Registration Act of 1993 ("NVRA"), 52 U.S.C. §§ 20501 *et seq.*, requires each state and the District of Columbia to make available for public inspection "all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters." 52 U.S.C. § 20507(i)(1).

Pursuant to Section 20507(i) of NVRA, the Foundation requests that your office reproduce or provide the opportunity to inspect the following records:

1. Copies of all "Deceased Retractions" reports received from ERIC.

2. Copies of all other records concerning "Deceased Retractions" reports, *e.g.*, correspondence. *In more recent years, your office may have received email alerts from Sarah Whitt, ERIC Systems and Data Analyst, (sarah.whitt@ericstates.org) copying Ericka Haas (Ericka.haas@ericstates.org) stating that new Deceased Retractions were available within your office's dedicated Downloads folder on the ERIC FTP site.*

The period for this request is the date your state joined ERIC through the present.

107 S. West Street, Suite 700, Alexandria, Virginia 22314
Telephone: 703.745.5870   Fax: 888.815.5641   PublicInterestLegal.org

Exhibit A

Should further clarification be required, send email to lchurchwell@publicinterestlegal.org.

Thank you for your assistance in advance.

Sincerely,

*[signature]*

Logan Churchwell
Research Director
Public Interest Legal Foundation

Exhibit A