## FW: Public Records Request - Logan Churchwell

PublicRecords SOS * SOS <SOS.PublicRecordsSOS@sos.oregon.gov>
Fri 5/3/2024 11:38 AM
To: Logan Churchwell <LChurchwell@publicInterestLegal.org>;

Hello,

Thank you for contacting the Oregon Secretary of State. I have forwarded your request to the appropriate staff person. We will let you know if we have any additional questions or need additional time to fulfill the request. Otherwise, you will receive the documents responsive to this request via email.

Thank you,

Oregon Secretary of State
Public Records Inbox
Managed by the Public Records Officer or Deputy



**From:** Oregon Secretary of State <notifications@cognitoforms.com>
**Sent:** Friday, May 3, 2024 8:37 AM
**To:** PublicRecords SOS * SOS <SOS.PublicRecordsSOS@sos.oregon.gov>
**Subject:** Public Records Request - Logan Churchwell

## Oregon Secretary of State
Public Records Request

### Entry Details

| | |
|---|---|
| **NAME** | Logan Churchwell |
| **ORGANIZATION** | Public Interest Legal Foundation |
| **PHONE** | (703) 745-5870 |
| **EMAIL** | lchurchwell@publicinterestlegal.org |
| **DESCRIBE YOUR REQUEST** | Pursuant to Section 20507(i) of NVRA, the Foundation requests that your office reproduce or provide the opportunity to inspect the following records:<br>1.<br>Copies of all "Deceased Retractions" reports received from ERIC.<br>2.<br>Copies of all other records concerning "Deceased Retractions" reports, e.g., correspondence. In more recent years, your office may have received email alerts from Sarah Whitt, ERIC Systems and Data Analyst, (sarah.whitt@ericstates.org) copying Ericka Haas (Ericka.haas@ericstates.org) stating that new Deceased Retractions were available within your office's dedicated Downloads folder on the ERIC FTP site.<br>The period for this request is the date your state joined ERIC through the present. |

Exhibit B