# RE: Public Records Request - Logan Churchwell

**BENSON Coline * SOS <Coline.BENSON@sos.oregon.gov>**

Mon 5/6/2024 5:21 PM

To: Logan Churchwell <LChurchwell@publicInterestLegal.org>;

Cc: PublicRecords SOS * SOS <SOS.PublicRecordsSOS@sos.oregon.gov>;

Hi Logan,

We receive the data monthly; however we do not download and retain the data.

Thank you, I will let Greg know you will be reaching out.

Coline M. Benson, M.LS.
Public Records Analyst
Oregon Secretary of State
971-453-1974 work cell (text OK)



---

**From:** Logan Churchwell <LChurchwell@publicInterestLegal.org>
**Sent:** Monday, May 6, 2024 12:59 PM
**To:** BENSON Coline * SOS <Coline.BENSON@sos.oregon.gov>
**Cc:** PublicRecords SOS * SOS <SOS.PublicRecordsSOS@sos.oregon.gov>
**Subject:** Re: Public Records Request - Logan Churchwell

Coline: Thank you for the response. As for Request 1, could you confirm or estimate when was the last time your offices received such data? I'll follow up with Greg about Request 2. Thanks again.

---

**From:** BENSON Coline * SOS <Coline.BENSON@sos.oregon.gov>
**Sent:** Monday, May 6, 2024 2:10:50 PM
**To:** Logan Churchwell
**Cc:** PublicRecords SOS * SOS
**Subject:** Public Records Request - Logan Churchwell

Good morning, Logan.

For the first part of your request, we do not have those records as we do not retain them.

Exhibit C

For the second part of your request, it will require 2 steps to complete, each step will have a fee associated with it to complete the work involved.

The first step is to have our IT department do the searches to get all the communications that match your criteria and send them over to me. They charge $75 per hour to do this search and have estimated that it will take them around 3 hours to complete it.

The second step is the review process we have to do before we can release the documents. This review costs $25 per hour and is estimated at reviewing 75 emails per hour. We will not know the charge for this step until we know how many results there are.

The charge for this request will be:

Step 1: $225.00

Step 2: Unknown until step 1 is complete.

If you wish to proceed with this request, you can call my colleague, Greg, to make the first payment at: (971) 358-3225. Once I know what the 2nd charge will be I will let you know.

Thank you,

Coline M. Benson, M.LS.

Public Records Analyst

Oregon Secretary of State

971-453-1974 work cell (text OK)



Exhibit C