DAN RAYFIELD
Attorney General
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Brian.S.Marshall@doj.oregon.gov
       Jill.Conbere@doj.oregon.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOBIAS READ, in his official capacity as Secretary of State for the State of Oregon, <br><br> Defendant. | Case No. 3:25-cv-00153-AR <br><br> DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

    Defendant Secretary of State Tobias Read requests an extension of time to respond to the plaintiff's complaint to March 14, 2025. Plaintiff does not oppose this motion.

    This case concerns the Secretary of State's May 2024 response to the plaintiff's public records request. To allow adequate time for the defendant and counsel to evaluate the complaint

Page 1 -   DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
    BM2/ek4

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

and its allegations, defendant requests the time to respond to the complaint be extended by three weeks, from February 21 to March 14.

DATED February 14, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General


    *s/ Brian Simmonds Marshall*
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.oregon.gov
Jill.Conbere@doj.oregon.gov
Of Attorneys for Defendant

Page 2 -   DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
    TO COMPLAINT
      BM2/ek4

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000