DAN RAYFIELD
Attorney General
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Brian.S.Marshall@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOBIAS READ, in his official capacity as Secretary of State for the State of Oregon, <br><br> Defendant. | Case No. 3:25-cv-00153-AR <br><br> DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

      The defendant, Secretary of State Tobias Read, requests an extension of time to respond to the plaintiff's complaint to April 11, 2025. Plaintiff does not oppose this motion.

      This case concerns the Secretary of State's May 2024 response to the plaintiff's public records request. The parties reasonably anticipate that their dispute can be resolved without further litigation. To allow adequate time for the parties to fully resolve the outstanding issues,

Page 1 -   DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
      BM2/ek4

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

and to avoid the unnecessary burden of responding to the complaint, the defendant requests the time to respond to the complaint be extended by three weeks, from March 14 to April 11.

DATED March 6, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Brian Simmonds Marshall*
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.oregon.gov
Jill.Conbere@doj.oregon.gov
Of Attorneys for Defendant

Page 2 -   DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
  TO COMPLAINT
    BM2/ek4

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000