United States District Court
For the District Court of Oregon
Portland Division

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**TOBIAS READ,** in his official capacity as Secretary of State for the State of Oregon**,**<br><br>*Defendant*. | Case No. 3:25-cv-00153-AR |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Public Interest Legal Foundation voluntarily dismisses this action, with prejudice.

Dated: April 28, 2025.

        KELL, ALTERMAN & RUNSTEIN, L.L.P.

        BY <u>s/ Thomas R. Rask, III</u>
            Thomas R. Rask, III, OSB No. 934031
            trask@kelrun.com
            Julie Parrish, OSB No. 233864
            jparrish@kelrun.com
            520 SW Yamhill St., Suite 600
            Portland, OR 97204-1329
            Telephone: (503) 222-3531
            Fax: (503) 227-2980

        PUBLIC INTEREST LEGAL FOUNDATION

        BY <u>/s/ Noel H. Johnson</u>
            Noel H. Johnson*
            Samuel Swanson*
            PUBLIC INTEREST LEGAL FOUNDATION
            107 S. West St., Ste. 700

        Alexandria, VA 22314
        Tel: (703) 745-5870
        njohnson@PublicInterestLegal.org
        sswanson@PublicInterestLegal.org
        *Motion for admission pro hac vice granted*

*Attorneys for Plaintiffs*